```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                      Case No. 2:12-cr-00187

JAMES T. WASHINGTON

<u>MEMORANDUM OPINION AND ORDER</u>

Pending before the court are defendant James T. Washington's motion to continue and motion to seal defendant's motion to continue.  Doc. Nos. 38-1, 38.  Because of defense counsel's personal circumstances, the court **GRANTS** defendant's motion to continue.  Doc. No. 38-1.  Accordingly, the court hereby resets defendant's sentencing hearing for Tuesday, June 18, 2013 at 10:00 a.m., in Bluefield.  Similarly, the court hereby resets defendant's revocation of supervised release hearing for Tuesday, June 18, 2013 at 10:30 a.m., in Bluefield.

Additionally, the court **GRANTS** defendant's motion to seal. Doc. No. 38.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

It is so **ORDERED** on this 30th day of May, 2013.

ENTER:

David A. Faber
Senior United States District Judge